# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

J.S.K. Realty Company

AUG 2 8 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

Plaintiff(s),

v.

Galileo Moundsville, LLC

(CIVIL)(CRIMINAL) NO: 5:07-cv-83

Defendant(s).

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Christopher N. Jones, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: August 28, 2007

United States District Judge